```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        SEP 22 2010

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO VELASCO CONTRERAS,<br><br>Defendant. | Case No.<br><br>**SEALING ORDER**<br><br>**UNDER SEAL**<br><br>**3:10-CR-0107-HDM-RAM** |

Based upon the government's motion dated September 22, 2010, to seal in this action the Indictment, the Arrest Warrant, accompanying paperwork (including the "AO" sheet and Grand Jury Return minutes), the government's motion, and this corresponding Order in this action, the reasons provided therein, and good cause showing,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, accompanying paperwork (including the "AO" sheet and Grand Jury Return minutes), the government's motion and this Order ARE HEREBY SEALED in this action until further Order of the Court.

IT IS SO ORDERED.

DATED this 22nd day of September, 2010.

_____
HONORABLE ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE